UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYDALL THERMAL/ACOUSTICAL, INC., et al.,

    Plaintiffs,

-vs-

Case No. 07-12473
Hon: AVERN COHN

FEDERAL MOGUL CORPORATION, et al.,

    Defendants.
_____/

## ORDER REGARDING STATUS CONFERENCE

This is a patent case. The patents-in-suit are U.S. Patent No. 6,096,622 and U.S. Patent No. US RE 39,260E. Each concerns THERMAL AND ACOUSTICAL INSULATING SHIELD. Plaintiffs are the assignees of the inventors. Defendants are claimed to be infringers. The nature of the case is described in Exhibit A.

On September 4, 2007, the Court held a status conference. At the conference the parties agreed to a sixty (60) day stay of proceedings to enable them to discuss settlement with William Sankbeil as mediator/facilitator. Accordingly, proceedings on plaintiffs' motion to dismiss defendants' claim of patent unenforceability on account of inequitable conduct are STAYED until further order of the Court.

    SO ORDERED.


Dated: September 6, 2007           s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 6, 2007, by electronic and/or ordinary mail.

                                                       s/Julie Owens
                                                   Case Manager, (313) 234-5160