IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| LYDALL THERMAL/ACOUSTICAL, INC., *et al.*, | Case No. 07-cv-12473 |
| Plaintiffs / Counterclaim-Defendants, | HONORABLE AVERN COHN |
| v. |  |
| FEDERAL MOGUL CORPORATION, *et al.*, |  |
| Defendants / Counterclaim-Plaintiffs. |  |

**STIPULATED ORDER**

Plaintiffs / Counterclaim-Defendants LYDALL THERMAL/ACOUSTICAL, INC., *et al.* ("Lydall") and Defendants / Counterclaim-Plaintiffs FEDERAL MOGUL CORPORATION *et al.* ("Federal-Mogul") jointly file this stipulated order as follows:

Lydall and Federal-Mogul stipulate that under this Court's Claim Construction Decision of July 3, 2008, the claims of U.S. Pat. Nos. 6,092,622 and RE39,260 are not infringed by Federal-Mogul's ReflectShield™ 1440, that: (1) has a layered structure of foil, nonwoven fibrous batt, and adhesive, (the foil being adhered to the nonwoven fibrous batt), in that order, and (2) in which the nonwoven fibrous batt is needled from only one side of the batt and (3) in which the fibrous batt of fibers is formed of a homogeneous material. Copies of the product brochures for Federal-Mogul's exemplary ReflectShield™ 1440 heat shield are attached hereto as Exhibit A.

This stipulation is subject to any appeal that Lydall may take based on the Court's claim

1

construction ruling and may be negated by a decision altering the Court's decision.

Accordingly, judgment is entered against Lydall on Counts I & II in its Complaint and in favor of Federal-Mogul on Counts I & II of its counterclaims.

Federal-Mogul dismisses without prejudice Counts III, IV, V, and VI of its counterclaims for invalidity and unenforceability.

Lydall and Federal-Mogul make this stipulation in order to promote judicial economy and expressly reserve all of their applicable rights (including all claims and defenses) on remand, if any.

Dated:  November 17, 2008                         s/Avern Cohn
                                                  U.S. District Court Judge


                                                  Respectfully submitted,

Dated:  November 17, 2008                          s/Dennis M. Barnes
                                                   Dennis M. Barnes (P39401)
                                                   Barris, Sott, Denn & Driker, PLLC
                                                   211 W. Fort
                                                   15th Floor
                                                   Detroit, MI  48226
                                                   Telephone: (313) 965-9725

                                                   Timothy C. Meece
                                                   Janice V. Mitrius
                                                   Aimee B. Kolz
                                                   Banner & Witcoff, Ltd.
                                                   10 South Wacker Drive
                                                   Suite 3000
                                                   Chicago, Illinois 60606
                                                   Telephone: (312) 463-5000

                                                   Attorneys for Plaintiffs / Counterclaim-Defendants

|  |  |
|---|---|
| Dated:  November 17, 2008 | s/John A. Artz (w/Permission) |
|  | John A. Artz (P24679) |
|  | Robert L. Kelly (P34412) |
|  | Dickinson Wright PLLC |
|  | 38525 Woodward Avenue |
|  | Suite 2000 |
|  | Bloomfield Hills, Michigan 48304-5092 |
|  | Telephone: (248) 433-7200 |
|  |  |
|  | Attorneys for Defendants / Counterclaim-Plaintiffs |

#365737